KATE WELLS, State Bar No.107051
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile:   (831) 479-4476
Email Address: lioness@got.net

Attorney for Plaintiff, JAMES NAY, SR.

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JESSICA ESPINOZA, State Bar No. 235941
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Facsimile:   (831) 454-2115

Attorneys for Defendants,
COUNTY OF SANTA CRUZ, MARTIN ERYAVEC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**E -FILED CASE**

| | |
|---|---|
| JAMES NAY, SR. | CASE NO.   C 06 - 02468 JW PVT |
| Plaintiff, | **DISMISSAL BY STIPULATION**; **REQUEST FOR ORDER** |
| vs. | |
| COUNTY OF SANTA CRUZ, MARTIN ERYAVEC, AND DOES ONE THROUGH TEN; | |
| Defendants. | |

Counsel for the plaintiff and defendants submit the following stipulated order of dismissal with prejudice for the signature of the Honorable James Ware to terminate the above-captioned lawsuit:

Plaintiff, James Nay, Sr., through his counsel, Kate Wells, agrees to voluntarily dismiss with prejudice the above-captioned lawsuit against defendants, County of Santa Cruz and Martin Eryavec.

The dismissal is in exchange for a full and final settlement of plaintiff's claims against the defendants.

IT IS SO STIPULATED:

                                LAW OFFICE OF KATE WELLS

Dated: October 26, 2007                        /s/
                                        KATE WELLS
                                        Attorney for Plaintiff JAMES NAY, SR.

                                DANA McRAE, COUNTY COUNSEL

Dated: October 26, 2007          By:      /s/
                                      JESSICA ESPINOZA
                                      Assistant County Counsel
                                      Attorneys for Defendants, COUNTY OF
                                      SANTA CRUZ, MARTIN ERYAVEC

## **ORDER BY STIPULATION**

    The foregoing stipulation showing good cause to dismiss the above-captioned case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.
    All scheduling dates, deadlines and hearings are terminated. The Clerk shall close the file.

Dated: October 26, 2007                        /s/ James Ware
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE